THE COUNTY OF HUDSON, APPELLANT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS ET AL., RESPONDENTS.

Submitted February 16, 1940—Decided April 25, 1940.

For the appellant, *J. Emil Walscheid.*

For the respondents, *John A. Bernhard* and *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, CASE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 11.

*For reversal*—None.